## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Susquehanna Rheems Holdings,     :
LLC; 155 Broad Street, LLC     :
and Rheems Operator, LLC,     :
           Appellants     :
    :
        v.     :     No. 1394 C.D. 2017
    :
West Donegal Township     :
Zoning Hearing Board     :
    :
Wenger's Feed Mill, Inc. and     :
West Donegal Township     :

# **O R D E R**

NOW, September 12, 2018, having considered appellants' application for reargument and appellee West Donegal Township's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge